1  JONATHAN ALLAN KLEIN (State Bar No. 162071)
   JOSHUA M. HENDERSON (State Bar No. 197435)
2  KELLY, HERLIHY & KLEIN LLP
   44 MONTGOMERY STREET, SUITE 2500
3  SAN FRANCISCO, CALIFORNIA 94104
   Telephone:    415/951-0535
4  Facsimile:    415/391-7808

5  Attorneys for Defendant
   RITE AID CORPORATION

## UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA LEE BRANDON | Case No. CIV-F-04-5291 OWW DLB |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE PRE-TRIAL CONFERENCE AND TRIAL DATE** |
| v. | |
| RITE AID CORPORATION, INC., and DOES 1 through 25, inclusive, | |
| Defendants. | |

**STIPULATED CONTINUANCE AND [PROPOSED] ORDER**       1      **CASE NO. CIV-F-04-5291 OWW DLB**

The parties, through their respective counsel, hereby stipulate to continue the pre-trial conference and trial date, and subject to the approval of the Court in the Order proposed below, the parties stipulate to the following:

1. <u>Pre-Trial Conference</u>: January 9, 2006 at 11:00 a.m. (continued from December 12, 2005)

2. <u>Non-Jury Trial</u>: February 14, 2006 at 9:00 a.m. (continued from January 17, 2006) (CT-7 days)

Good cause exists for this continuance. Joshua Henderson, who has served as lead counsel for the defendant, will be leaving the employ of defense counsel's law firm in December. Jonathan Klein will be assuming lead counsel duties and has requested additional time to familiarize himself with the facts and issues of this case. Plaintiff's counsel has graciously agreed to extend this professional courtesy. In addition, Defendant's motion for summary judgment is under submission with the Court.

Should any of the above dates be unacceptable to the Court, the parties request that This Court set a further Scheduling Conference. Counsel requests the ability to appear by phone at any further conference set by The Court.

IT IS SO STIPULATED.

DATED: November 29, 2005        KELLY, HERLIHY & KLEIN LLP

  /s/ Joshua M. Henderson
JOSHUA M. HENDERSON
Attorneys for Defendant RITE AID CORPORATION

DATED: November 29, 2005        THE LAW OFFICES OF RICHARD J. PAPST

  /s/ Richard J. Papst
RICHARD J. PAPST
Attorneys for Plaintiff DEANNA LEE BRANDON

**STIPULATED CONTINUANCE AND [PROPOSED] ORDER**              2              **CASE NO. CIV-F-04-5291 OWW DLB**

1  PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

2
   DATED: December 1, 2005                   _____/s/ OLIVER W. WANGER_____
3                                            THE HONORABLE OLIVER W. WANGER
                                             Judge of the United States District Court,
4                                            EASTERN District of California