```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA


DEANNA LEE BRANDON,            )
                               )
            Plaintiff,         )     1:04-CV-5291 OWW DLB
                               )
     v.                        )
                               )
RITE AID CORPORATION,          )     ORDER DISMISSING ACTION
                               )     WITH PREJUDICE
                               )
            Defendant          )
_____)


     Pursuant to the stipulation of the parties, this action is
dismissed with prejudice.
IT IS SO ORDERED.
```

**Dated:   July 15, 2006**          /s/ Oliver W. Wanger
emm0d6                              UNITED STATES DISTRICT JUDGE

1